UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMPASS EDUCATIONAL HOLDINGS, INC. d/b/a DECKER COLLEGE OF BUSINESS TECHNOLOGY<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNCIL ON OCCUPATIONAL EDUCATION, INC.<br><br>　　　　Defendant. | ) ) ) ) ) CIVIL ACTION ) CASE NO. 1:05-CV 2645 ) ) ) INJUNCTIVE RELIEF ) SOUGHT ) ) ) |

## NOTICE OF SUBSTITUTION OF BANKRUPTCY TRUSTEE AS REAL PARTY IN INTEREST

Please take notice that Robert W. Keats, the duly qualified and acting Chapter 7 Trustee of the Bankruptcy Estate of Compass Educational Holdings, Inc. d/b/a Decker College of Business Technology ("Decker College" or the "Debtor") hereby substitutes in as the Real Party in Interest in the above-captioned matter. On October 24, 2005, Petitioning Creditors Andre Sitgraves, Tiffany Cooke and Charles H. Henderson filed an involuntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"). All of the Debtor's interest in property, including the subject lawsuit, became property of the Debtor's estate for which the

Trustee has exclusive standing to prosecute.  11 U.S.C. Section 541(a)(1). See also In re Icarus Holdings, LLC, 391 F.3d 1315, 1319 (11th Cir. 2004) (debtor's bankruptcy estate includes causes of action the debtor had against others at the commencement of the bankruptcy case).

Please take further notice that on December 21, 2005, the United States Bankruptcy Court for the Western District of Kentucky approved the application of trustee Robert W. Keats to employ the law firm Dow, Lohnes & Albertson, PLLC to serve as counsel for the estate in the above-captioned matter.  All future papers, notices and pleadings in this case should be served on the Trustee, in care of his attorneys:

> Peter D. Coffman
> DOW LOHNES & ALBERTSON, PLLC
> One Ravinia Drive
> Suite 1600
> Atlanta, Georgia 30346-2108

Respectfully submitted this 21st  day of December, 2005.

> DOW LOHNES & ALBERTSON, PLLC
>
> By  /s/  **Peter D. Coffman**
> Peter D. Coffman
> Georgia Bar Number: 173120
> W. Bradley Ney
> Admitted *Pro Hac Vice*
> One Ravinia Drive
> Suite 1600
> Atlanta, Georgia 30346-2108

(770) 901-8800 (telephone)
(770) 901-8874 (facsimile)
pcoffman@dowlohnes.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **COMPASS EDUCATIONAL HOLDINGS, INC. d/b/a DECKER COLLEGE OF BUSINESS TECHNOLOGY**     Plaintiff, v. **COUNCIL ON OCCUPATIONAL EDUCATION, INC.**     Defendant. | ) ) ) ) ) ) **CIVIL ACTION** ) **CASE NO. 1:05-CV 2645** ) ) ) ) **INJUNCTIVE RELIEF** ) **SOUGHT** ) ) ) |

**CERTIFICATE OF SERVICE**

I, Peter D. Coffman, hereby certify that on December 21, 2005, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF BANKRUPTCY TRUSTEE AS REAL PARTY IN INTREST with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew Dexter Richardson (mrichardson@alston.com)
Alston & Bird - GA
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

/s/ Peter D. Coffman
Peter D. Coffman

4